ACCEPTED
06-15-00059-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
8/28/2015 12:24:15 PM
DEBBIE AUTREY
CLERK

CAUSE NO. 36865

| | | |
|---|---|---|
| FRANKIE MARIE MILLER, Individually and as Representative of the Estate of T.J. Miller, | § § § § § | IN THE DISTRICT COURT |

FILED
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/28/2015 12:24:15 PM
DEBBIE AUTREY
Clerk

FRANKIE MARIE MILLER, Individually and as Representative of the Estate of T.J. Miller, § § § § § IN THE DISTRICT COURT

Plaintiff, §

v. § 76TH JUDICIAL DISTRICT

§

JOHN B. MULLEN, M.D.and § TITUS REGIONAL MEDICAL § CENTER, § § §

Defendants. § TITUS COUNTY, TEXAS

## NOTICE OF APPEAL

Frankie Marie Miller files notice of this appeal to the Sixth District Court of Appeals at Texarkana from the Final Judgment signed in this case on June 8, 2015, and all orders merged into that final judgment.

Respectfully submitted,

/s/Charles "Chad" Baruch
Texas Bar Number 01864300
**THE LAW OFFICE OF CHAD BARUCH**
3201 Main Street
Rowlett, Texas 75088
Telephone: (972) 412-7192
Facsimile: (972) 412-4028
Email: baruchesq@aol.com

*Attorney for Frankie Marie Miller*

**NOTICE OF APPEAL – PAGE 1**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this notice of appeal was served this 28th day of July, 2015, upon the following counsel of record by efiling and email:

Russell W. Schell
Schell Cooley LLP
15455 Dallas Parkway, Suite 550
Addison, Texas 75001
Trial Counsel for Appellees
rschell@schellcooley.com

Patrick Wigle
Turley Law Firm
6440 N. Central Expressway, Suite 1000
Trial Counsel for Appellant
Dallas, Texas 75206
patrickw@wturley.com

/s/Charles "Chad" Baruch